REGINALD G. BARCLAY, Appellant, *v.* ALEXANDER BARRIE, Respondent.

Reported below, 154 App. Div. 925.
(Argued March 3, 1913; decided March 11, 1913.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 27, 1913, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to obtain the dissolution of a partnership.

The motion was made on the ground that it does not present any actual controversy, that it presents only abstract questions from the determination of which no

practical result can follow and that this court cannot now give the appellant any effective relief.

*Edward Bruce Hill* for motion.

*Charles F. Brown* and *Chester A. Jayne* opposed.

Motion denied, with ten dollars costs.